FILED
LODGED
RECEIVED
MAIL

SEP 01 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

---

Anthony S. Perri

Plaintiff,

v.

Barrak Hussein Obama et.al.

Defendants.

DECLARATION

Request to Proceed

Informa Pauperis

CIVIL NUMBER
2:22-cv-01237-RAJ

---

1. I, Anthony S. Perri, Declare under Penalties of perjury that the Information Provided Herein is true and correct in this motion to proceed in this case without the Prepayment of Court fees and cost.
2. I have been Collecting Social Security, (SSI), Since On or about the Year 2000. Because of the Massive amount of US Government abuse At the Many Jobs I held before I filed my claim on or about 1998. As is set forth in the factual Allegations in the Attached Complaint.
3. This extreme poverty and Abuse was exacerbated in the year 2012. With my Government Entrapment. Incarceration In Prisons and Three Psychiatric Institutions. I always maintained my innocence. And Indeed my case was

Dismissed after Appeal. I was released on January 28, 2019.

4. As Stated above, through no fault of my own, My SSI was turned off because I was Institutionalized for more than one year. I was released to the street with no Identification that officials stole. No family, all killed by the US Government. And no source of Income. As a result I had to go six months with no money until I was interviewed by a medical Doctor and My SSI was restored.

5. The Social Security Administration took my whole Retro Payment of Four thousand Dollars. Even though I met the requirement for leave of the overpayment because I was homeless and could not Afford It. And I was legally not responsible as I was Confined to a Psychiatric Hospital at the time of the overpayment.

6. This cruel deliberate move by the social security Administration has ensured my perpetual Homelessness for three and one half years. To make matters even worse, Under the Biden administration My SSI has been turned off Three times because as a responsible person I saved most of My stimulus Money given under the Previous Presidential administration to try to cure My homelessness.

7. As a result, I have not had a room, a bath or a shower in over one year. I am further denied Senior Services as I will be Sixty years old September 23, 2022. I am further denied access to food Stamps, adequate healthcare, Housing because of this discrimination. That officials Say I have AIDS. And in fact Officials at Washington Medicaid, Someone named "Chelsea",(For the Clintons). Just discriminated Against me on the phone. (I should have been automatically enrolled in food assistance as a SSI recipient).
8. I currently receive Approximately one Thousand dollars per month from The Social Security Administration. There is Approximately Three hundred Forty Dollars in my Savings Account. And three hundred dollars in my checking Account. Both at Chase Bank. I have not had more than two thousand dollars in my bank accounts for at least the last six months. (Even on the First of the month).
9. These are my only bank accounts valuables or Assets for more than one year.

I thank this Court for your consideration.

Sincerely,
Anthony S. Perri
Anthony S. Perri 8/31/2022

Plaintiff, Pro Se,