UNITED STATES DISTRICT COURT
WESTERN DISTRICT WASHINGTON

FILED LODGED RECEIVED MAIL

SEP 01 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

ANTHONY S. PERRI,
Plaintiff,

CIVIL NO.
2:22-cv-01237-RAJ

V.

BARRAK HUSSEIN OBAMA,
Former President, United States Of America;
JOSEPH ROBINETTE BIDEN,
As: Former Vice President, And Current President of The United States Of America;
KAMALA HARRIS, Vice President United States of America;
ANTONY BLINKEN, Secretary Of State, United States of America;
LLOYD AUSTIN,Secretary of Defense, United States of America;
JOHN KERRY,First Special Presidential Envoy For Climate Change, United States of America;
THE UNITED STATES OF AMERICA;
Defendants.

JURISDICTION

1. This Court Has Jurisdiction of Plaintiff's Federal Claims Pursuant To 42 U.S.C. 1983; 42 U.S.C. 1985(2),(3),. As well As The First, Fourth, Fifth, Sixth, Eighth, & 14th Amendments To The United States Constitution. In Addition, Jurisdiction Is Conveyed On This Court As I Am A Current Resident of Port Townsend, Washington State.

PLAINTIFF

2. ANTHONY PERRI, Is The Plaintiff In This Action. My Address Is: GENERAL DELIVERY, Main Post Office, 1322 Washington Street, Port Townsend, WA. 98368.

DEFENDANTS

3. BARRAK HUSSEIN OBAMA, Was The President Of The United States Of America. His Official Address Was: The White House, 1600 Pennsylvania Avenue Washington, DC 20530.

4. JOSEPH ROBINETTE BIDEN, Is The Current President Of The United States Of America Former Vice President In The Obama Administration. His Official Address Is The White House 1600 Pennsylvania Avenue. Washington, DC 20530.

5. KAMALA HARRIS, Is The Vice President Of The United States Of America. Her Official Address Is: The White House, 1600 Pennsylvania Avenue. Washington, DC 20530.

6. ANTONY BLINKEN, Is The Secretary Of State For The United States Of America. His Official Address Is: United States Department Of State. 2201 C Street NW Washington, DC 20520.

7. LLOYD AUSTIN, Is The Secretary Of Defense For The United States Of America. His Official Address Is: 1000 Defense Pentagon Washington, DC 20310;

8. JOHN KERRY, Is The Special Presidential Envoy For Climate Change. His official Address Is: NO ADDRESS LISTED ON OFFICIAL WEBSITE.

BACKGROUND

9. This Claim Arose In 2012. Under The Obama Biden Presidential Administration. And Now Biden Harris. And Is Current To This Very Date Of Extreme And severe Violations To My Rights Pursuant To The United States Constitution. While Defendant Harris Is New To These Violations As The Current Vice President Of The United States. Barrak Obama Is No Longer President. Defendants Antony Blinken, Secretary Of State. Was The Former National Security Advisor From 2013-2015. And Deputy Secretary Of State In The Obama Biden Administration From 2015-2017. Defendant Lloyd Austin, Is The Secretary Of Defense. And Was Vice Army Chief Obama Administration. And Defendant John Kerry Is The First Special Envoy For Climate Change. He Was Secretary Of State In The Obama Biden Administration From 2013-2017. I Allege These Last Three Defendants Have Been Recycled, If You Will. To Facilitate The

Continuation Of This Conspiracy Against me. And That They All Played A Secret Key Roll In This Conspiracy Against Me In The Previous Mentioned Presidential Administrations. Defendents Are Thereby Chose By This Plaintiff As By Far The Most Severe Abusers To This Plaintiff. And Are Currently In Charge Of This Government, Save For Former President Obama.

10. This case Is concerning a sixty Year Conspiracy Against Me and My entire Immediate Family. I was Secretly Named Apollo By 1969. I and My Father Who Was A Professional Boxer, Window cleaner. Were Blamed For The John F. Kennedy Assassination That Took Place In 1963 when I was One Year Old. But The Fact Is That It Was John F. Kennedy's Fathers Friends In The Mafia From Prohibition. Sam Giancana And His Connections To Secret Assassins That were The More Likely Culprits. I, Who Is forced To collect Social Security As My Only Income. Because Of Extreme Abuse, Stalking. As Well As, My Father, That Died Crippled By Multiple Sclarosis. Was Severly Disabled. Died Collecting Social Security Disability. My Father, And Both Brothers Were Killed Under assassinations By Secret US Government Law Enforcement-Civilian Mercernaries By 1996. So Obviously We Were Just Normal People Used As Pawns, Scapegoats.

11. But Somehow The Presidents Of The United States Have Managed To Corrupt The US Congress And The US Supreme Court In The Image Of This Conspiracy. Even Naming Two Previous Judges Of That Court, Anthony Kennedy And Antonin Scalia. (Former Associate Judges Of That Court). And The US Congress As Well. In the Case Of The US Supreme Court. All Of The Judges, And Rulings Are Pertaining To This Conspiracy. Including The Last Elevation Of Katanji Brown Jackson. To Wit: Roe V. Wade. And Former President Obamas Elevation Of Justice Sonia Sotomayor in 2009. From The 2nd Circuit Of New York, The Court Hearing My Lawsuits, Appeals At That Time Was Expecially Galling. This Is A Direct Assault On The Checks And Balances Of US Governmental Powers Set Forth By The Framers Of The US Constitution. And It Has Had Catestrophic Results For America.

12. In Regard To The US Congress, Joseph Robinette Biden Was Elected As A Democratic Senator From Deleware in January 1973. That Same Year, When I was Eleven years Old Boys In The St. Joseph's Villa In Rochester, NY Began To Touch And Sexually Abuse me. The First One Was Named Melvin Cresswell. My Abuse Is So Tragic and severe That Forty Years Later A Director Producer Named Mel Gibson Made A Movie Depicting My Abuse In Code As "THE PASSION OF THE CHRIST". But CIA Government Propaganda Has Used Me To Make More Movies, Music, Write Books Perhaps Than Any Other Person That Has Walked This Earth, Bar None. For Example, Musician Billy Joel Sang "Anthony Works In The Grocery Store", (True). At That Time (1977). On My First Disco Dance The Same Year, John Travolta Played Tony Manero. In "SATURDAY NIGHT FEVER". The Cocaine Conspiracy Against Me that Netted Me Ten Years In Prison In 1986 Was Covered By Al Pacino Playing Tony Montana In "SCARFACE". The Mob Was Back Again To Falsly Carry This Conspiracy In "THE SOPRANOS". Starring James Gandolfini As Tony. And Richard Isler As His Son Anthony. And As Obamas Treatment Was So Brutal Against Me That Shortly After His Visit With Anthony Bourdain, The Cooking Show Host, (Parts Unknown), Visited the Country Of Vietnam Mr. Bourdain Committed Suicide (In 2018). To Just Name A few.

13. But despite This Use and obvious Grand abuse, I have Never Been Able To Financially Capitolize On the Use Of My Own Image. I Remain Homeless Now for three And One Half Years Sleeping On the Street. Every American Get's A Chance to stalk and harass me. From The actual Movie Stars Bearing My Image. Law Enforcement In All Jurisdictions. Civilians Used Bearing CIA Federal Tactics. To Propagandize Numerous Towns, Cities All Over America. Use Civilians Law Enforcement Bearing CIA Technology. As Secret Mercernaries. (As America Would Do To Villages Overseas During War). Even Homeless, Drug Addicts, Smelly Rambling People, To Follow, Stalk, Threaten, Harrass, (Today). I Wish To Inform Everyone, There Is A Real Person In This Body. I Feel Severe Pain And Suffering Because Of This Abuse.

14. The United States Government Uses Me, My Name and Image For Many Things As Well Including Naming US Corperations And Laws Against Me. As The ASPCA, (My Iniatles For Poor Neglected Animals). NAFTA, YES WE CAN, FORWARD, (The Latter After My Entrapment-Arrest In 2012).BUILD BACK BETTER, (Pedophilia #2, & To Abuse Me Under Gas Sleeping In Back Of Buildings Homeless).1.7 TRILLION INFRASTRUCTURE, (To Chase Me Onto America's Highways, Only To Be Attacked, Abused In A Brand New Town, City, State Of America). VOTE-A-RAMA, 750 Billion Dollar CLIMATE CHANGE To Manufacture A Victory By Congress. Including The Number Of the Tortures I Have Counted While I Was In Captivety, Seventy Five. That Is As well The Amount Of the entire Defense Spending Budget For The US Military, Homeland Security. (The Latter Being Recently Hastily Passed By Congress To Fund The States, Mainly Washington, To Eject Me By Laundering This Money. Paying FBI, Local Police, Civilians Of all Types, To Act as Federally Funded Secret Mercernaries. To Abuse, Harrass, Disrespect, Attack, Provoke, Set Me Up Daily.

15. The United States Presidents Blame Me For All Of The Destructive Results To their Terrible Decisions. Even though They Have been Getting The same results Since I Was a Child. And They Have Never Learned Or tried Anything Different With Me. Wars On most Every Continent, Pandemics Since The Nineteen Sixties, Many Symbolizing Their Own Abuse Of me. And Terrorism 9/11. Once Again Then President Bush, Blamed Me, My Fathers Last Living Child. When-Multiple Proof And facts point to both He and His Fathers Own Terrible Secret Deals Involving Oil and gas, (Secret Symbols Of My abuse). With Saudi Arabia, And Other OPEC Countries. And The Fire-Sale Of Millions Of acres Of America's Own Vast Oil Rich Land And Sea. Just To Symbolize My abuse). The TWIN TOWERS-WORLD TRADE CENTER, Built By David Rockefeller, Former Chairman Of Chase Manhattan Bank. And His Brother Nelson Rockefeller. Former Vice President Under The Nixon Administration. And Governor Of NYS. And It is because Of corruption. And Money, Sex, Decedance. To Wit: The Bush Family Became Even More rich In Oil. The Clintons, With Millions Flowing From Foreign Countries To

Their foundations Are Worth Over One Hundred Million Dollars. After Being bankrupt Upon leaving office. Same For the Obamas. And Now The Biden and Emhoff-Harris Families Have Capitolized Since Day One Of Their Presidency. With Ella Emhoff Signing A Major Million Dollar Modeling Contract. And Hunter Biden Selling Paintings for Hundreds Of thousands Of dollars. With ("Blow Art"). Both to symbolize My abuse. And Chuck Schumer, Involved His Neice, Amy Schumer In USA Media. Making Her a Multi-Millionaire. Jenna Bush Got A Cushy Job On NBC "Today". Nancy Pelosi, A Major Supporter Of Obama-Biden. Is By far the Richest Member Of Congress. Her Family, Including Her Nephew California Governor Gavin Newsome Involved In Many Multi-Million Dollar Enterprises. (See: The PLUMP JACK GROUP).

16. And with this Conspiracy and placing False Blame On Me and other Countries As Sponsers Of Terrorism. No President Since Richard Millhouse Nixon. Has Ever Been Impeached. And had to leave Office because of This Corruption. Or has Had to face Criminal Charges For These crimes.

PETE BUTTELIEGE US TRANSPORTATION SECRETARY

17. The So Named Defendants In this Lawsuit all Have Key rolls In My Past and current Abuse. And Former Gay Mayor Pete Butteliege Is A false Symbol Used To daily Board Strange Homosexual, Transvestite men to Follow, Harrass, Threaten To touch Me at Night. So Other Than This Paragraph. He Does Not get To Board This Complaint Otherwise. This Is the Symbol Of US Governmental Abuse On Me since I Was A child. But I Have still Maintained My Love And Desire For Women Only. But This False "Gay Transport" Has Had Catestrophic Results For America As Well. Reinforced In American News Media. A Strong Percentage Of Americans, Including Small children. Have severe Identity Crisis. Boys, Men Think They Are Girls, Women. And Women Believe They are Men. And They've Had To Create A New, Non Bianery. For Those That Do Not Know What they are. Please Consider The Cases Of Bruce "Caitlin" Jenner. And Bradley "Chelsea" Manning. For The Time Period Of My Captivety And Abuse. (2012-2019). All Fostered In The First Obama Biden Administration. (Obama's Choice Bi-Den).

COMPLAINT

18. Several Specific Instances Of Former President Obama Prove His Personal involvement In my Daily Abuse And Incarceration. Including A secret Weapon CIA Laser-Beem, Several Hidden cameras so Multiple US Government Officials Could Watch The Abuse. As Well as Secret CIA Mind Reading. Thought and Dream Inception Machines.(Attached To this complaint Will Be a full Memorandum On the Uses And Abuses Of this device that has Now Been Used To Torture Me For generations And Is Currently In use On me As I prepare This Lawsuit).

19. In The First Pedophile Conspiracy Where I was Set up and Incarcerated For 21 Years 10 Years Post Supervision, For allegedly Kissing a childs foot In 2012. A Man named Adam Lanza Entered A school House at sandy Hook Connecticut And Killed 20 Students and 6 Teachers. (My Prosecutors Name Was Sandra Doorly, And My Judge That Railroaded Me Was Named Victoria Argento). At The Memorial Service Obama claimed To "Cry". But The Abuse In the Monroe County Jail For me Involved Same Stated Weapons and Technology As Stated Within. Including Gas-Incopassitation. Most Amazing, Trying To Fool Me twice, Biden-Harris Had Instituted A Second Pedophile Conspiracy Based In The False Texas-Kennedy Conspiracy Causing The recent Second Massacre At A Elementary Schoolhouse In Uvalde Texas. Killing An entire Classroom of Children. It Is Inconceivable The Same President And Vice President Could Cover Both crimes. And Actually Blame Me For the Direct results of their own actions. Indeed, That Fact, And that US Supreme Court Judge Ruth Bader-Ginsberg Was A Elevated Symbol Of that Conspiracy. Did Me No Favors. And Obama-Biden, My Judge, all used This Against Me and Illegally Confined Me To a mental Institution Until I Changed My story. Then Gave Me at Fifty Years of age a Probable Life Sentence.

20. When Released From A mental Hospital At Rochester Psychiatric Center. I was returned To trial In December 2012. And Had to Sit silent. Denied My Only true defense. While My Public Defender Julie Cianca, (The sister Of A Monroe County Deputy Sheriff), Admitted My Guilt. And The Prosecutor William Gargan, Said Sheriff's deputies Lied. Provoked, and Even

Abused Me While In And at the Courthouse. At My sentencing In December 2013. Both My Said Attorney, And Judge. Both Wore very Large, Identical Marquis Shaped Diamond Engagement Rings. (Which Is a rare Shape-Choice Of Diamond). Indeed, I Was Informed By code, And Media, That Everyone Received Large cash Bribes To secure My Conviction. All Inmates, Staff Were Constantly Bragging About The Largess. Guards, Some Of them disgusted at my treatment, Would Line Huge bags of commissary of all the Inmates used to abuse me (All of Them), In front Of My Cell. For Mostly Previously Very Poor Inmates In Rochester, NY. But Not I, Within The First Year Of My Incarceration. I went From 195 Pounds of All Muscle. To 139 Pounds. I Was Being Starved, Beaten, Abused, Threatened Daily From Day One. Had Urine And Other Body Fluids Thrown In My face Numerous times. And The Inmates, Guards, And Kathy Hochuls Husband William As, US Attorney Charged With Federal Supervision At the Jail. Repeatedly Informed Me That They Were A "Team". (Indeed, William Hochul Is Now CEO of Billion Dollar Conglomerate DELEWARE NORTH, Consession Group). These Issues Have Never Been Litigated.

21. As The Popes are All Named after Me as well. In 2012 While At the Jail. President Obama Influenced Changed The Pope From Pope Benedict. To Named Pope Francis.

22. On December 18, 2013 I was sent To Wende State Prison For reception. And before All new Inmates were to go for mandatory Shower, "Delousing". In Line With 20 Other New Inmates, All black. I was called Out Of Line by a sergeant and Officer. That both started Screaming At me about My Charges for Pedophilia. When I Protested My Innocence, They Told Me to Shut The "F" Up or they Would Kill Me. Upon returning To The Holding cell with all Of the Other Inmates. One very Large Inmate Told Me" If You were not A old man I would Kill You now Myself. I was beat by the sergeant in the following days for answering the False Charges.

23. In January 2014 I was sent to Central NY Psychiatric center For Telling The truth About My Situation. Mass Shootings. The Boston Marathon Bombing,(For Kennedy's 2012 For Food Tampering)

Again In 2015 I was sent back To Said Facility. And Learned Federal, State Officials Were Secretly Employing Gas At My Bed In The Dorms For Numerous Inmates To Abuse Me At night. So I Asked To Be Placed In Front Of Staff Window. One Such night, While Former Secretary Of State John Kerry Was Forcing-Negotiating The first Iran Nuclear Deal. At The same Time. I awoke To find some liquid in my mouth. I went into the bathroom to spit it out and My Dormate Orlando Taylor Followed Me in. There Was a Female SHTA watching me but I suspected Something. But Could Not say Anything as I was scheduled to Go Back to Prison. And I had beat them in court Two Times For forced confinement, And forced Medication orders. (That was My last time at a Psych Hospital). On June 12, 2016 there would be a Mass shooting While I Was Confined At five Points Prison. (Involved The Pulse Nightclub Shooting of 59 Gay Men At Orlando, Floridia I was being sexually abused at night By laser. That Could Place Gas, Open electrical Cell Doors). (Five Points Prison was Built Specifically for Me In Romulus NY).

24. My Brother Michael Perri Was Likewise Sexually Abused In NYS Prison. And Died Of AIDS, Or Assassination therewith in 1996. I was repeatedly Denied as his only living Next of Kin His Medical records, Cause Of death. Or Death Certificate. After Numerous request, FOIL, And Even Grievance to State Officials and the Governor Andrew Cuomo.

25. Former President Obama Created a secret Program Called "My Brothers Keeper". Played Regular At Five Points Prison On (NPR). Named for My Father In 1972 Nicholas Perri. To Facilitate The Abuse. And at Great Meadow Prison in 2016. I was Placed In Block( D), Gallery 8, Cell 23 for Obama Friend Michael Jordon Basketball Number. And A reference To my Little Brother Michael Similar Treatment And Death In NYS Prison. In this Cell I was Informed That Officials Were Sexually Abusing Me Under Gas By secret Hidden Camera,Then Using Porno/Film. Some Of which were Distributed At the prison in Adult Magazines. Then All Of the cells In the Block Where I was Held At several Prisons Had Major renovations. Thousands Of Them. Costing Millions New Sinks, Toilets, Lockers Floor Plans To Cover The abuse. As Well I Wrote To Obama's Attorney General, Loretta Lynch. US Attorney SDNY Preet Bharara. And

Was By Letter Of Deputy Attorney General, Michael Rosenstien, USDOJ. Denied Help From Both Offices Therewith At the same Time. In Addition, I was Threatened, Beat, Abused Again For trying. In that cell, I had My ribs Broken in several places Making Me moan every time I slept on my left side for months. I had my head Split Open for the first time of two viscious assaults. Was Hit with Billy Clubs And Stomped On the Ground En-masse By Prison Guards. I Was Further Denied Results Of a Rape-Kit Performed at Syracuse University Hospital that Year. Eventually I was Removed To Five Points Prison For a False "Assault", On Same Guards(I Would Have Been Killed If I Fought Back I Am sure). And In Five Points They Raped Me again and Had A Pizza Party On Camera. And A Fat Gay Nurse Looked Up My Rectum And Sent Me Back To My Cell. All Prison Officers were Promoted To Sergeant And Above After The assaults.

26. Former NYS Governor Was Held By Former US Attorney Ulnder Wraps Of Two Major Investigations By Former US Attorney Preet Bharara. MOORLAND COMMISSION. BUFFALO BILLION. And after Allowing The abuse Was Cleared By That Office As Stated By Mr. Bharara Himself. "No Federal Crime Was Committed Here By The Governor".

27. Eventually My Case Was Remanded For Further Proceedings By the Fourth Department in 2018 After Much More Violations To my rights. Most Notably A Man Was Placed In the cell Next to me Named Baker At five Points In 2017-2018 and stated: One day before Oral argument In My appeal That would send My case To the court for decision."Ima Gonna Burn All Night Long". In what was a Frequent Use by Officials Handing Out Poison, "Special K", Kits, Complete with surgical Masks to Burn On Me sometimes On both sides. And this Inmate Proceeded To burn All Night. I was Pinned down all Night In a Cucoon under My sheet. I heard Him Scream "I Can't Breath" at about Three Thirty AM. Thought He was Fooling Me to call Out As I was Still Pinned down Under My Sheet. Until Next Morning When They Took His Own dead Body Out Of the cell. I was The Only Person, Staff Or Inmate, that Gave the NYS investigators

An Interview about This Man's Death And The truth. He was A young man of Thirty Two. I was upset about the death of my neighbor,. Even though he was Trying to harm or kill me and derail my Appeal.

28. At the Monroe County Jail in 2013, A fat Sergeant Delivered A styrafoam Tray To me one day wrapped in plastic. Strange meat with hair on it. Officials made me feel it was my cat Picasso. That I was still Providing for by Paying someone on the street to feed House him. They alluded to that they had killed, Chopped up My dear cat and fed him to me. Indeed, I never saw my Cat again. And the person that housed him would never talk to me again. (The man that brandished a cat Key chain, Poker, at Lee Zeldon recently at a campaign event, was a reference to several abuses I suffered at the Jail. And I understood It as a Par abuse by Obama and officials of Monroe County).

29. On June 18, 1918 I was returned to the Monroe County Jail from Five Points prison As My case had been remanded for further proceedings. But after much more abuse for Six months at the Jail. Where officials fed me real Dog Food for months. (I had to eat it. And put chemical Bombs in the vents. To be distributed by laser-Par attack). But I never Complained to anyone wanting my trial again.

30. On the day of my second trial Date, after Adjournments. On January 28, 2018. (One day before My brother Michael's birthday). In Court District Attorney Gargan. Now chief Deputy District attorney For Monroe County, For domestic Violence Cases. Made some excuse why he could not proceed to a second trial And had not released me or informed the Court of this sooner.

31. I was released to the street without any identification as officials had stolen my Birth certificate, liscence, bank debit card, birth certificate. Other than several hundred dollars left in my bank Account. I had To go Six months Without any Money Homeless. Until The Social security Administration Reinstated My SSI Disability claim.

32. This would Start my current odyssey, Travails, brutal torture that has now been the exact same torture and abuse. (Though much less so, and less abusive than The Trump Administration). Through The States Of In Chronilogical Order: New York, California, Florida, Washington, DC, Washington State, Idaho, Montana, Colorado, Arizona, Maine. And I have lived, been Abused, in over one hundred US Cities. And the same abusive Policies and procedures Instituted In Countries Of Mexico, Guatemala, and denied entry into Canada. To flee the

abuse. And be able to afford a hotel and stop Gas Abuse twenty four hours perday while I am forced to sleep on the street. Specific Instances Tie Defendants Biden & Harris To This Continued Abuse as follows:

ANTHONY FAUCI UNITED STATES OF AMERICA DIRECTOR OF INFECTOUS DISEASES

33. At the Beginning of his current Presidential Administration President Biden Instituted a Abusive Policy of CHILD TAX CREDIT. Thereby Symbolizing To make Abusive symbolic babbies of abuse with me. Paying Thousands To americans with children. Thereby excluding me from any stimulus money. As well Keeping with the Obama-Biden Tradition. Gave Billions To the States For Covid Relief. And encouraged The states to use this money for Police departments to curb violent crime. (Which were actually cash Bribes For police Departments, Mayors, Governors To Go after, abuse me). And they Have. But As the old saying goes fool me once shame on you. He has not been able to reach his goal of entrapping me in the many different conspiracies of his abuse. (I know This abuser well).

34. In multiple forms Biden has been appraised of the catastrophic results of his many failed conspiracies against me. As This Man continuously blames me For Corona Virus. These Diseases, with Anthony Fauci As Director Of Infectious

Diseases Since The Reagan Administration and the Nineteen eighties. This Assertion is yet another lie to place blame on me for the results of such Corruption, Terrible Management Decisions against one of their own citzens, I, At such a lofty position As President of the United States Of America.

35. President Biden, That Places Blame on me for the Death of his son Beau While He was abusing me in a mental Hospital In 2015. And has promised Beau to "Get Me". And is dangerously running America from that platform of falsehood as I was just as surprised as all Americans at Beau's Cancer and death that was obviously kept secret from all of America.

36. Current President Biden, Has exaserbated My situation. With the Symbolic racist rape of American women and children used to tease, set me up, Harrass, Provoke, and even attack me. In numerous US States, Cities, Towns, And Washington, DC as well. And Lloyd Austin, current US secretary of defense is, the very Large Symbol of my abuse. And has followed me to the Pacific Fleet, In San Diego, CA. While I was Sleeping on the Street there. This Has directly caused the Current Worldwide Monkey-Pox Pandemic. And I believe many new variants of Corona Virus. Some That have not even been identified yet. As his actions are a

Train wreck out of control. Every single day he orders attacks on me through Code And his press secretaries, Formerly Jennifer Psaki. And currently Jeane Pierre.

37. President Biden Has instituted Many of the same Abuses As He and his old Partner Obama have. They are trying to force me to get Another hernia operation I do not need, (Fool Me once, Shame on him). President Biden has as well instituted another Pedophile conspiracy under the Same Sixty year old lies. Causing a second recent mass shooting at Uvalde, Texas Elementary school. Just as Sickening & Viscious as the First at Sandy-Hook, Connecticut.

38. President Biden has Multi-Laterally Funded, ordered attacks on me. And At The very same time Provoked, Russian President Vladimir Putin. Causing a wider Conflict In Ukraine before I even knew there was a connection to me there. And since this war has begun In ukraine, I realized once more President Biden was Funding, ordering attacks on me Multi-laterally, having Isreal Attack Middle Eastern Countries. And Funding, Arming The Ukrainian Army with US weapons Systems Named after my abuse. To kill Russian Soldiers on the Battlefield there.

(Again, This Knowledge has only come through to me this year).

JANET YELLEN CHAIRWOMAN THE UNITED STATES OF AMERICA FEDERAL RESERVE BANK

39. Upon My arrival back in Washington State In mid to late July 2022. (I had spent the last summer in numerous Cities in the State of Washington). The US Government, Joseph Biden Funded Numerous Indian Tribes with Tens of millions of Dollars to symbolically attack me as I was in Whatcom Bellingham by the Canadian border where there is a lot of indian tribes. Then upon my move to these series of Islands bordering Washington State. Whidbey, Port Townsend, Port Angeles. The secretary of the US department of energy Arrived And further gave this State Four Hundred Million Dollars To further Commence this attack on me. Upon Information and belief, Janet Yellen, Former Chairperson of the Federal Reserve Bank under Obama-Biden. And Current Member of that Bank is a serious symbol of the Daily Barrage of US mercernaries used, funded By the federal reserve bank. And armed by the CIA, FBI, and United States government. And she, her Age, Name, are symbols of a steady stream of elderly people, (now), And Anyone Basically, To follow, Harrass, provoke, disrespect, justify & enrage me using the fact of a sixty year conspiracy against me. I allege that Ms. Yellen is one of numerous members of the Obama-Biden team recycled, To facilitate, and continue this Conspiracy against me. This is a very serious, dangerous Game by the Biden administration. To daily enrage by multiple resources, and extract false

Confessions from me. Using current events, responsibility that US government officials face for such evil corruption. Put it on my shoulders. Falsly Blame me for the destructive results of their terrible management of me, and the entire US Government.

40. In every american state, City, Town, that I have resided since President Biden came to office In this term starting January 21, 2021. in Washington DC. New York, California, Washington State, Idaho, Montana, Colorado, Arizona, Maine. Laser Beam technology has been used to attack, alarm, threaten, Gas Incopassitate me. I allege That Us Government has override, of any system and can stop the abuse at will by changing lightbulbs, and securing electricle outlets. Disarming systems. In public places like libraries That I go every day to type this lawsuit. And said officials have total control over the staff, cleaners, caretakers to facilitate stopping the abuse that is causing numerous American's, including in the Courts, to needlessly lose their lives every single day just to symbolize my abuse.

41. I allege that even in the country of Mexico, Where I had fled to escape the abuse. The Biden Administration, With the help of Mexican President Obrador And his Daily Press Conferences There. Was able to hold me to the same

Pedophile, Violence, Drug, (Attempts), conspiracies. But all I did was stay barricaded in my hotel rooms. As they had created a fake room behind the wall. And climbed several floors up A pipe to enter my room at night even while I was asleep to abuse me. And when I did come out I would shop at the Bazaars, and give Peso coins & notes to economically challenged People, (That's all).

42. On or about March 2021, I was taken off of a bus at Chiapas Topo Chula, Mexico. By the Border With Guatemala. By Immigration officers with assault rifles. In what would become President Bidens Signiture White Ford Hybrid Pick-up Truck. And Brought to Mexican Immigration Detention At That municipality.

43. My treatment there was exactly as my treatment in US Prisons. Numerous Male Stalking (Homosexual). In My Dorm Room, showers, bathrooms. When I slept in the Hallway floor because of frequent Overcrowding. They were deliberately starving me. Giving me tiny portions of Rice, Beans, Tortillas. Every single day. As opposed to everyone else. Very Attractive Female detention officers were brought in to facilitate the abuse. And try to enrage me daily by said females calling my name. then telling me they don't want me and releasing A African

Detention inmate, or other symbol of my abuse instead. I was Attacked By masked Hooded Gang members in my dorm room. But escaped by climbing to the top bunk and defending myself with my back to the wall. And throwing water on the bare metal to prevent them from climbing up until help arrived of my doormates and other inmates I had befriended.

44. I was repeatedly attacked with Gas Incopassitation there. And the detention officers were either involved, or refused to Stop The Abuse. Originally The Immigration Officers told me that I would spend seven days there for not having a passport. But by the Time I left, I was the longest serving Inmate there at Twenty Four Days. I then tried To flee the abuse again at Sumack, Washington Border with Canada. But was stopped returned By Canadian Immigration officials as undesirable entry.

45. I as well visited Guatemala. But Found Mexico, And the American Money Exchange Rate to the Peso, As comparted to the Guatemalen Kicksell More fit to my situation. While in Guatemala, US Vice President Kamala Harris Visited Her Guatemalen Counterparts In that Country.

46. I allege That on or about 2021, When I bought A ticket To Arizona, On

December 2021, That United States officials forced me onto a Greyhound bus, When my original ticket was purchased for a Amtrack Train In Denver Colorado. I Was then Forced backwards East To the United States Mexican Border at Elpaso, Texas. When my original destination was Phoenix, Arizona. Where I was continuously Set up On the Bus. Threatened by numerous Large Black men. That were all over the Bus restricting my movements and using multiple ruses to try to fight with me. Eventually upon my arrival at Elpaso Texas. I was able to board A Amtrack Train to my original destination of Phoenix, Arizona.

RAHM EMANUAL CHIEF OF STAFF OBAMA BIDEN ADMINISTRATION

47. I allege Former Chief of staff to Obama Biden Rahm Emanual. That Later became Chicago Mayor. Was a allude to a past conspiracy against me and even my father Nicholas Perri. As Emanual Aguillar, was the Doorman in the building I worked in At 430 east 79th Street. NYC in 1984 that Gave me large Quantities of Pure Cocaine to sell even though I never asked him for it. With a Spiel, Sale to me. That ended up Costing me ten years In prison. (SCARFACE CONSPIRACY). for Paraphrial Crimes I committed under the influence.

48. And that *Arguillar v. Spanelli,* Was a former US Supreme court Case

Involving Nick Alfred Aguillar, v. FBI officials In 1965 In the US State of Missouri, Crossing State lines into Mississippi, by interstate Transportation of serious drugs Cocaine or Heroin. (Which Could include the Arches of St.Louis As a Symbol). But Like me, Though Multiple US Supreme Court cases Are about me Symbolically. That Court never, has heard an actual case filed by my Father or I, but there are multiple Symbols to the severe abuse , and USA drug conspiracies Against my father and I dating back at least Sixty years. And like any other Conspiracy Against my Family, The Opiod crisis has had a Catestrophic result For American society.

49. And that Joe Spinell, who played the former Bookie in The First ROCKY Movie in 1976. And played a hit-man in the first GODFATHER movie in 1972. Was a man interceded into my life on or about 1984. And that Rocky Fought Apollo Creed in that movie (Played by Carl Weathers). That was a disrespect to have my CIA name used me as a Black man to fight my Father. In this regard, cruel USA officials have used Race, Born in America in Colonial Slavery From England. And that the Television shows THE MONKEY'S, And Movie The PLANET OF THE APES. In the 1960's. (Remade During my Captivety in 2014). Are cruel references of African Americans used in this conspiracy by USA officials obviously still in use by

the CIA today.

50. On or About April 4, 2022. I purchased a ticket By Amtrack train From Pheonix Arizona, To Portland Maine. And had to wait until the next Day for my train to arrive. So as I was walking to a nearby field to sleep for the night. I was hit with possibly the worst Laser, Convulsive Attack ever(There have been at least Twenty, Thirty,?), at about ten Pm. I was pinned down in a field for the entire Night. Vomitting, Convulsing, Until at daybreak Five AM, I was Still convulsing, By now I had lost all of my food, liquid in my body. That was in a pile of Body fluids Feet from where I would lie until the next attack that intervals would not last more than five minutes. By now I was dry heaving only saliva dripping down my face, eyes, nostrals. Until About Seven or Eight that morning, by now I had chest, heart pain And did not know If I would make it any further. But eventually managed some liquid. To give me enough strength to Make it to the Train Station To wait for my Train.

51. I allege the same exact conspiracies Followed me into the states of Maine,

Massechussettes, Several weeks in North Dakota, Where I was Again Attacked Viscously By laser In Fargo, ND As I was trying to board Another train To Spokane, WA. On or about July 2022. This Abuse with Laser Beam is used to stalk, Harrass, Attack me twenty Four Hours Per day, seven days per week. And That the USA is Stalking Me now with numerous Civilians, Police, FBI, CIA. Employed, Funded, Ordered By USA President Daily. By Joseph Robinette Biden, President. And His Press secretary Jeane Pierre. And that this Stalking, Harrassment, Set-ups, Attacks, Tethering, Continues To this very minute. In a public library filled with Numerous Civilians.

LEGAL CLAIMS

47. President Joseph Biden Is Charged With appointing The US Attorney General, Merritt Garland. The US CIA Director William Burns. And The Continued Directorship of FBI Director Christopher Wray. And Through Multiple, Hundreds Of Attacks on me using this Laser At Night To Gas, Inciopassitate me, And Shoot my vital Organs of my body. Has caused numerous attacks on the American Public. In the Form of Hundreds Of mass Shootings, Forrest Fires, Small Airplanes To be shot out of the Sky as acts of Symbolism. But refuses to stop the attacks

48. This Disgusting Racial Treatment By Joseph Biden Using African Americans To rape, Abuse USA Women and children to Mock My fathers Treatment By USA, And Abuse me. And Used to enrage me by using this Form of Abuse On me, Has Caused The current Monkey Pox Pandemic. And Additional Variants of Corona Virus.

49. 42 U.S.C. 1986 sets forth In subtance that if any Government official Shall become aware of A condition. (Including This Court). That Shall cause the Death of any Human. And declines to act, That they should be liable To that Persons family in damages.

50. It is the Obama, Biden, Harris Policies, Reinforced In the Last Presidential Administration. That Has caused the death of numerous Police Across America By African American Men, New York, Dallas, Baton Rouge. And As well, The Symbolic Shootings/Deaths of African American men, Women By USA Police. George Floyd, Brianna Taylor, Eric Garner etc. I further Allege That "Civil Rights Activsts" Benjamin Crump, Al Sharpton Today that do not want to pursue my side of the story. And Martin Luther King Jr. Of the nineteen sixtees. Are and were FBI, CIA

operatives. That are and were manipulated by those agencies. In the Case Of Crump, Sharpton. Their Clients Are Payed Huge settlements,. Like The Twelve Million Payed to the Floyd family. Eight Million Payed to The family of Abner Louima, To name a few. (As but symbolic forms of my abuse). And Further, That The assassination Of Dr. King, in 1968 (As a symbolic stand in for this real King, I). Was Manipulated to Attend a Garbage workers strike that Day of his death. In Nashville, Ash-Ville, Tennessee. And that is the real reason he died. Again, My father Nicholas Perri, And I humble men of modest means. Never knew anything about this US Government treachery, coded racist, Symbolic manipulations. That Is the real Causation of much of the destructive occurances in this Country. And that as cruel former, current Slaveholders, Garbage, is still referred to people, used abused and even killed in this Conspiracy dating back that far.

51. And that Barrak Hussein Obama, As President. Used That history In 2009 upon his ascension into the Presidency. To set up his entire Cabinet. To Attack me by falsely Blaming and claiming that my humble father and Unsuspecting I, Were to Blame for These occurances. And even the Vietnam War. And I has taken me all of these years to learn these facts. Codes. And I learn more every day.

52. The Obama Biden Administration and now Biden Harris Created a Custom Policy and Procedure. Through Their Attorney's General respectively. Eric Holder, Loretta Lynch and Merritt Garland of prosecuting leveraging Police departments with civil rights investigations for violating the rights of African Americans only. (in a purposeful Affront to my suffering and abuse). As well Exonerating lifetime African American Prisoner's In my Stead as Innocent. Coded To my Lifetime suffering and abuse. While leaving me to rot in prison. And even Paying, forcing Police to Pursue me and make up anything, to entrap me in another crime. In this regard, Obama-Biden In 2014, traded Eight high ranking Taliban Leaders for Army Deserter Bo Bergdahl. While leaving me to rot and even sanctioning my abuse under Gas at Central NY Psychiatric Center that year with a visit by Obama himself to the Baseball Hall of fame in Cooperstown NY Close to the Hospital. Right before My First release from that Hospital that year.

53. On April 21, 1986 I was arrested by two mafia cops Louie Eppillito and Steven Carracoppa. That were directly Involved with Mafia Boss Anthony "Gas-Pipe" Casso. In the SCARFACE conspiracy. Those two NYPD cops were eventually charged and convicted with eight murders connected to that Gangster. One of

the Murders they were charged with was James Hydell who I recognized as a Man that tried to Assassinate me in 1985 In Coney Island Brooklyn. This I believe is One of the connections to Associate Supreme Court Justice Amy Coney Barrett Elevation To that Court. Associate Supreme Court Judges Brett Cavanaugh And Neal Gorsuch Are connected by two men. Brett Locke A man that tried repeatedly To sexually abuse me In 1979 when I was sixteen In NYS Prison. Even tried To rape Me in a room with a Italian Gangster. And Nealy Carroll was a young man that gave me a severe beating when I was fifteen. Breaking my nose and swelling, Cutting both eyes. Associate US Supreme Court Justice Clearence Thomas Is a Symbol of the US Government racist Rape of white, Hispanic Women and Children That set me up or that I come into every day contact with to enrage me. And as the longest serving member of that Court so documents the abuse.

54. Within Days of my arrest by the NYPD mafia cops on April 26, 1986 The Chernobyl Nuclear explosion occurred in what was then The Soviet union. As the Most serious Nuclear explosion ever in world history. Compounding the suffering of Their people even further As they were already suffering crippling sanctions

lead by the United States of America. The Prosecutor Brought To the Major Case Squad that night was Assistant District Attorney Cyrus Vance Jr. Whose Father Was secretary of State in the Jimmy Carter Presidential Administration.

55. I have been denied in eleven States and the District of Columbia Access to Senior services. Officials Raped my Counselors in the state of Main And Made sure I knew about it. And did something that caused the Buffalo, NY TOPS supermarket Mass shooting on or about May of that year. (I don't Know as the Said US Officials always have numerous crimes and conspiracies active against me. Too numerous to mention). But the Rape of my counselors may have sealed that deal for them. As a result I only stood in Maine for two months. Further, I am denied the right to counseling services. Housing. Proper Medical care. I have not had a shower or Bath in over One year. (I use baby wipes to clean). Do my laundry periodically. They totally discriminate against me using the seniors and counselors, even maintnence workers to harass, attack and eject me from the property before anyone can help me.

56. Officials keep alluding to as fact that Former President William Jefferson

Clinton Gave me AIDS/HIV in 1993 At Sing Sing Prison. And multiple Agencies. City, State and Federal Pre-empt in code and actually advertise, state that as fact everywhere I go. Stating I have AIDS for Females to stay away from me. But then Representatives of the US Government Place these women and underage children to be brutally Raped by Black men. (And it is they, Black males that have the Highest Demographic of AIDS infection in America a Well Documented fact Through their own Behaviors with multiple partners, male or female).

57. I have never Committed an act that could make me HIV positive. So I am very confused how or why people are saying such crude things about me. And Pre-empting and releasing my Medical history to the world before a Doctor has informed me of that status in a professional and humane way. This is discrimination and a clear, massive violation of my constitutional rights.

58. Multiple Tortures with Laser, Physical Stalking, Forcible Touching, Psychological Pressure. Too numerous to count. Just a few so named here Are direct Violations Pursuant to my rights secured by the Eighth Amendment to the United states Constitution. And have caused me severe depression, lonliness, the

loss of all of my extended family. (Same officials will not allow me to contact my cousins. My father had eight brothers and sisters). My friends, And Same Officials have Isolated me Contantly since my release from captivity January 2019.

Wherefore, Plaintiff respectfully request the following relief from this Court:

59. For this Court to declare that these policies and procedures by the United States of America and Their so named representatives are Unconstitutional. And issue an Injunction forthwith Ordering them to stop this Abuse.

60. For this Court to issue an Injunction to order the Same officials of the United States of America and their representatives To stop releasing my Medical History through their purported Statements. (Including Joseph Robinette Biden), That I have AIDS/HIV.

61. To order Same officials of the United States of America to inform me of my true Medical Status by a doctor in a safe, respectful, professional enviorment. And To document the Nature of my infection, or not.

62. To order representatives of the United States of America To stop employing Gas to incopassitate me at night. And have strange men Follow and

threaten to abuse me at night.

63. For this Court to order the President of the United States and the Central Intelligence agency to stop using this laser beam to torture me. And Use this Massive funding, Civilians, Law enforcement to help cure this abuse instead of the Opposite.

64. For this Court to order Reasonable Compensation in the Amount of Seven Hundred and Fifty thousand dollars in Compensatory Damages.

65. For this Court to Order Reasonable Compensation in the amount of Five Hundred Thousand dollars in Punitive damages.

66. For this Court or a Jury to Consider my lifetime torture, isolation, Forced Servitude And Place a monetary amount to that suffering and my age of Sixty To Date.

67. For this Court to or a jury to consider the Assassinations of My father Nicholas Perri in 1986 at 56 years of age when I was twenty three. My brother Nicholas Perri Jr. in 1992 At thirty two years of age. And my brother Michael Perri in 1996 at twenty eight years of age. And place a monetary amount to that severe Loss of my entire family.

68. For this Court to order the determination of My HIV/AIDS status. And place a Monetary amount to that fact.

69. For this Court to order Pro bono counsel.m And a guardian ad Litem Pursuant to rule 17(C) of the federal Rules of Civil Procedure. That will properly Consider the True Nature of this Case. With respect for that truth and the sensitivety of this truth.

70. For this court to order such and further relief that is just and equitable.

Sincerely,

Anthony S. Perri 8/31/2022

Anthony s. Perri

General Delivery

Port Townsend, Wa

(202)914-6338