FILED LODGED
RECEIVED
SEP 12 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

---

Anthony S. Perri,

Plaintiff,

MEMORANDUM IN

SUPPORT OF COMPLAINT

v.

Barrak Hussein Obama,

Defendants.

---

1. I, Anthony S. Perri, Respectfully Submit this further evidence directly after Defendants abused and attacked me last night, several previous days releasing a massive amount of chemicals, burning several substances Last night. The previous evening. And stolen my baby wipes last night while I Was sleeping. Thus, Here is True Facts about this Conspiracy. Set forth with A detailed description of the connections to the conspiritors in this Case.
2. DOUBLE CROSS, Book by Chuck Giancana. Brother of Chicago Mob Boss Sam Giancana. Every Judge or Government official should read this book to learn

The true details of the Bay of Pigs Invasion of Cuba. Assassinations of all Mobsters Connected To these Crimes. And the Assassinations of Former President John F. Kennedy. And Actress Marlyn Monroe, And why.( Not In any way connected to my father and I).

3. DONNIE BROSCOE, Book written by former FBI agent Joseph D. Pistone. "His" undercover life inside the Mafia. FBI Agent Pistone, Had set up in the Yorkville Towers on 92nd second avenue NYC. Where he could perch watch Me at Loui's candy store In 1977(90th second Ave). Louie gave me drugs. Had massive amounts of marijuana, cocaine to sell in the neighborhood that he got from a white male. And he set up at CARMELLO'S restaurant just blocks from my own home on York avenue as well.

4. When you read the book, one realizes that like Louie's, the US Government. And the FBI played to these mobsters greed. Paying huge sums of money to Agent pistons mafia cohorts. Sonny "BLACK" Napalitano. And" Lefty guns" Rugiero. In several schemes, Gambling clubs etc. As my poor father was working six days a week Twelve hours per day as a window cleaner on the upper east side of Manhattan. And like his wife stolen from him. His three children were being set upon and their lives destroyed too.

5. THE BROTHERHOODS, By auther Guy Lawson. "The true story of two Mafia NYPD detectives that murdered for the mob". These two detectives, Steve Carracoppa, was Sitting in front of my then girlfriends house Alisa Pollack at 210 east 68th street. Lou Eppillito was in the chase car. On the Night of my arrest April 21, 1986. Cyrus Vance jr. Was the ADA that Attended my case for the first year. (Then changed to ADA Goldberg). They as well were convicted for murdering for Mafia Boss Anthony "Gas-Pipe Casso". One of the Hit-men that tried to kill me. James Hydell.
6. WEST EXEC. Is a conglomerate Worldwide consulting firm Founded By Current US Secretary of state Antony Blinkin And Michelle Flourney in 2017. This firm as well has employed former Obama-Biden Administration Officials. Jennifer Psaki, Sergio Aguire, Lisa Monaco, Avril Haines & David S. Cohen. All clients must sign a non disclosure agreement. Just some of these prestigious clients include: THE BLACKSTONE GROUP, BANK OF AMERICA, A ISRAELI ARTIFICIAL INTELLIGENCE FIRM, FACEBOOK, BOEING,ROYAL BANK OF CANADA, ATT to just name a few.
7. Upon information and belief, This is the vested interest in USA officials Limit

my sex and social life. Stifle my situation over and over. For their own interest. Both social and financial. As they release to the World my sexual Status. For their own Sexual, financial gain. And then claim their rights to Secrecy By US Laws created by their own misdeeds.

8. HIGHER GROUND PRODUCTIONS This is a television and Movie Production Company Founded by former US president Barrak Hussein Obama and his Wife Former first lady Michelle Obama. The former President has attacked Me while sleeping on the ground. And recently, on September 7, 2022 hired US mercernaries to disturb me while I was sleeping. Release serious Noxious Chemicals on this entire area of Port Townsend, WA. This Name is a bold-in-your face attack on me and the United States Constitution.
9. DELEWARE NORTH is a massive Consession firm with three point two million In yearly revenues. Ran now by former US attorney WDNY William Hochul. Who is the husband of current NYS Governor Kathy Hochul. Both are current and past contributers to this conspiracy. As well as NYC mayor Eric Adams. And Current NYPD Commissioner Keechant Seewell.

10. THE PLUMP JACK GROUP Is a multi Million dollar Winery Hostitality Conglomerate founded by Current California Governor Gavin Newsome And Gordon Getty in 1992.

11. FILTHY RICH book by author James Patterson. About Pedophile Jeffery Epstein. His connections to former Presidents Donald J. Trump and Bill Clinton. As well as Briatins Prince Andrew.

12. KING & SPALDING is a merger and acquisitions firm that once employed Current FBI director Christophrer Wray. Both he, And current CIA director Are two of the main leaders in logistics for the Biden administration in This attack on my life.

13. The Clinton, Obama, Biden Foundations are solicitors of worldwide funds in Symbolic form as Tax havens. And direct relation to the robbery of my life. To enrich themselves in this scheme.

14. DEAL WITH THE DEVIL, is a book about Former FBI agent Lynn Deveccio thirty two year relationship with Mafia boss Gregory Scarpa. Author Peter Lance

15. BLACK MASS Is a book About Boston Mobster Whitey Bulger And his connection to the FBI.

I thank this court for your consideration.

Very Truly Yours,

Anthony S. Perri

(202)914-6338

General Delivery

Port Townsend WA

98368

ANTHONY S. PERRI
GENERAL DELIVERY
1322 WASHINGTON STREET
PORT TOWNSEND, WA
98368

7014 2870 0000 4231 2298

TACOMA

UNITED STATES POSTAL SERVICE

1000

98402

U.S. POSTAGE PAID
FCM LETTER
PORT TOWNSEND, WA
98368
SEP 09, 22
AMOUNT

**$4.84**

R2304N116776

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 PACIFIC AVENUE
TACOMA, WASHINGTON
98402

_____ FILED _____ LODGED
_____ RECEIVED

SEP 12 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

98402-320099