Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY S. PERRI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BARACK HUSSEIN OBAMA, et al.,<br><br>　　　　　　Defendants. | NO. 2:22-cv-01237-RAJ<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

　　　　Before the Court is Plaintiff Anthony S. Perri's amended application to proceed in forma pauperis ("IFP"). Dkt. # 5. The Court notified Mr. Perri on September 12, 2022 that he had submitted the incorrect IFP application and instructed him to submit the correct form to the Court by October 12, 2022. Dkt. # 6. Mr. Perri has neither filed a corrected IFP application nor paid the $400.00 filing fee. In its letter of September 12, 2022, the Court warned Mr. Perri that failure to correct the noted deficiencies by the deadline imposed may affect the status of his case, including dismissal of the action by the Court.

　　　　As Plaintiff has not corrected the IFP deficiency nor paid the filing fee, this matter is DISMISSED without prejudice for failure to prosecute.

　　　　DATED this 18th day of October, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
WITHOUT PREJUDICE - 1